419 A.2d 196

Commonwealth v. Althouse, Appellant.

 Submitted March 23, 1979.
Arthur E. Grim, for appellant; Michael D. Morrissey, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.